U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED NOV 17 2004

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 04-30976

CR 00-39-B

United States Court of Appeals
Fifth Circuit
**FILED**
November 17, 2004

Charles R. Fulbruge III
Clerk

UNITED STATES OF AMERICA

    Plaintiff - Appellee

    v.

BRIAN DUNCAN

    Defendant - Appellant

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

    Under 5ᵀᴴ CIR. R. 42.3, the appeal is dismissed as of November 17, 2004, for want of prosecution. The appellant failed to timely pay docketing fee.

                  CHARLES R. FULBRUGE III
                  Clerk of the United States Court
                  of Appeals for the Fifth Circuit

                  By: _____
                       Nancy Dolly, Deputy Clerk

           ENTERED AT THE DIRECTION OF THE COURT

DIS-2

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____ Deputy
NOV 17 2004
New Orleans, Louisiana

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700

600 CAMP STREET
NEW ORLEANS, LA 70130

RECEIVED
NOV 17 2004
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK

November 17, 2004

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

       No. 04-30976  USA v. Duncan
       USDC No.  2:00-CR-39-ALL-B
                     2:03-CV-2089-B

Enclosed is a certified copy of the judgment issued as the mandate.

                            Sincerely,

                            CHARLES R. FULBRUGE III, Clerk

                    By: _____
                          Nancy Dolly, Deputy Clerk
                          504-310-7683

cc: w/encl:
    Mr Brian Duncan
    Mr William P Gibbens
    Mr Peter Michael Thomson

MDT-1