IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICE OF LOUISIANA
NEW ORLEANS , LOUISIANA

United States
    Respondant

v.

Brian Duncan
    Movant

NO. 00 CR-39

File _____

/S/ _____
Clerk of Court

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED NOV 1 6 2004
LORETTA G. WHYTE
Clerk

## MOTION TO PROCEED IN FORMA PAUPERIS

May it Plaes the Court Comes now Brian Duncan Movant in the above Motion To Proceed In Forma Pauperis.

Movant makes this motion because he is of the opinion that but for his inability to pay the cost of these proceeding he would prevail, further Movant was allowed to proceed in Forma Pauperis in this matter before this Court and has always been of the opinion that since he was allowed to so proceed that he would be allowed to so proceed in the Court of Appeals

RESPECTFULLY SUBMITTED

/S/ _____
Mr. Brian Duncan

DATE OF ENTRY
DEC 0 3 2004

Fee _____
Process _____
Dktd _____
CtRmDep _____
Doc. No. 100

## CERTIFICATE OF MAILING

I, Brian Duncan Movant in the foregoing Motion To Proceed In Forma Pauperis do certify that a true and correct copy of same has this 6th day of November 2004, been mail to the AUSA in this matter one Peter M. Thomson at 501 Magazine Street 2nd Fl, New Orleans, Louisiana. 70130.

RESPECTFULLY SUBMITTED

/S/ _____
Mr. Brian Duncan

# UNITED STATES DISTRICT COURT
## Eastern District of Louisiana

_____  
Plaintiff

V.

_____  
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, **Brian K. Duncan**, declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?      ☑ Yes      ☐ No      (If "No," go to Part 2)

    If "Yes," state the place of your incarceration **Pollock Penitentiary**

    Are you employed at the institution? **Yes**   Do you receive any payment from the institution? **Yes**

    Have the institution certify the Statement of Account portion of this affidavit or attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?      ☑ Yes      ☐ No

    a  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. **2.53$ Monthly**
    **Pollock USP  Pollok, LA  P.O. Box 71467**

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ | ☑ |
    | b | Rent payments, interest or dividends | ☐ | ☑ |
    | c | Pensions, annuities or life insurance payments | ☐ | ☑ |
    | d | Disability or workers compensation payments | ☐ | ☑ |
    | e | Gifts or inheritances | ☐ | ☑ |
    | f. | Any other sources | ☐ | ☑ |

    If the answer to any of the above is "Yes", describe each source of money and state the amount received and what you expect you will continue to receive.

4.   Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

     If "Yes," state the total amount. _____

5.   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

     If "Yes," describe the property and state its value.

6    List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   NoNE

Name                             Relationship                      Amount Contributed for Support

I declare under penalty of perjury that the above information is true and correct.

_11-24-04_                       _Brian [signature]_
Date                              Signature of Applicant

## STATEMENT OF ACCOUNT
(Certified Institutional Equivalent)
(To be completed by the institution of incarceration)

I hereby certify that this inmate, _Duncan, Brian #26625-034_, has a present inmate account balance of $ _.53¢_ at the _USP Pollock_ institution. I further certify that the average monthly deposits for the preceding six months is $ _887.89_

(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing the total by the number of deposits made during that month  This is repeated for each of the six months  The average from each of the six months are to be added together and the total is divided by six)

I further certify that the average ~~monthly~~ Daily balance for the prior six months is $ _20.96_   Average Daily Balance for the last 6 months.

(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month  This is to be repeated for each of the six prior months  The balance from each of the six months are to be added together and the total is to be divided by six)

_11-24-04_                                                    _D. Dixon [signature]_ CC
Date Certified                                                 Authorized Officer of Institution

## Inmate Inquiry

🖨 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 26625034 | Current Institution: | Pollock USP |
| Inmate Name: | DUNCAN, BRIAN | Housing Unit: | B |
| Report Date: | 11/24/2004 | Living Quarters: | B04-423U |
| Report Time: | 5:39:33 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN | 6981 |
| FRP Participation Status: | Participating |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 5/21/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 11/22/2004 5:04:13 PM |
| Account Status: | Active |
| ITS Balance: | $0.18 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $0.53 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.53 |
| National 6 Months Deposits: | $887.89 |
| National 6 Months Withdrawals: | $887.90 |
| National 6 Months Avg Daily Balance: | $20.96 |
| Local Max. Balance - Prev. 30 Days: | $103.24 |
| Average Balance - Prev. 30 Days: | $24.92 |



**All Transactions**

| Inmate Reg #: | 26625034 | Current Institution: | Pollock USP |
| Inmate Name: | DUNCAN, BRIAN | Housing Unit: | B |
| Report Date: | 11/24/2004 | Living Quarters: | B04-423U |
| Report Time: | 5:43:08 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 11/22/2004 5:04:13 PM | POL5580 | Sales | ($24.92) | 24 | | $0.53 |
| 11/22/2004 2:13:10 PM | POL5286 | Local Collections | $25.00 | 2301 | | $25.45 |
| 11/9/2004 7:48:12 PM | AMService | ITS Withdrawal | ($1.00) | ITS1109 | | $0.45 |
| 11/9/2004 12:56:54 PM | POL5580 | Sales | ($99.79) | 32 | | $1.45 |
| 11/4/2004 10:46:19 PM | AMService | ITS Withdrawal | ($1.00) | ITS1104 | | $101.24 |
| 11/2/2004 5:15:03 PM | AMService | ITS Withdrawal | ($1.00) | ITS1102 | | $102.24 |
| 11/2/2004 1:16:07 PM | AMSERVICE | Western Union | $100.00 | 33302305 | | $103.24 |
| 11/2/2004 8:02:25 AM | POL2593 | Payroll - IPP | $2.52 | JV0020 | | $3.24 |
| 10/21/2004 8:36:39 PM | AMService | ITS Withdrawal | ($1.00) | ITS1021 | | $0.72 |
| 10/16/2004 12:53:59 PM | AMService | ITS Withdrawal | ($1.00) | ITS1016 | | $1.72 |
| 10/13/2004 4:53:19 PM | AMService | ITS Withdrawal | ($1.00) | ITS1013 | | $2.72 |
| 10/9/2004 9:42:58 PM | AMService | ITS Withdrawal | ($1.00) | ITS1009 | | $3.72 |
| 10/8/2004 4:40:41 PM | AMService | ITS Withdrawal | ($1.00) | ITS1008 | | $4.72 |
| 10/4/2004 10:32:17 PM | AMService | ITS Withdrawal | ($2.00) | ITS1004 | | $5.72 |
| 10/4/2004 2:38:18 PM | POL1268 | Sales | ($10.80) | 59 | | $7.72 |
| 10/4/2004 2:35:19 PM | POL1268 | Sales | ($109.20) | 58 | | $18.52 |
| 10/4/2004 8:15:35 AM | POL2593 | Payroll - IPP | $2.76 | JV0003 | | $127.72 |
| 10/2/2004 8:34:25 PM | AMService | ITS Withdrawal | ($1.00) | ITS1002 | | $124.96 |
| 10/2/2004 12:23:06 PM | AMSERVICE | Western Union | $125.00 | 33300105 | | $125.96 |
| 9/27/2004 4:37:49 PM | AMService | ITS Withdrawal | ($1.00) | ITS0927 | | $0.96 |
| 9/25/2004 5:15:11 PM | AMService | ITS Withdrawal | ($1.00) | ITS0925 | | $1.96 |
| 9/24/2004 7:38:45 PM | AMService | ITS Withdrawal | ($2.00) | ITS0924 | | $2.96 |
| 9/23/2004 6:50:09 PM | POL5412 | Sales | ($2.35) | 116 | | $4.96 |
| 9/23/2004 6:44:23 PM | POL5412 | Sales | ($41.60) | 114 | | $7.31 |
| 9/22/2004 9:53:47 PM | AMService | ITS Withdrawal | ($1.00) | ITS0922 | | $48.91 |
| 9/22/2004 4:54:19 PM | AMService | ITS Withdrawal | ($1.00) | ITS0922 | | $49.91 |
| 9/22/2004 1:49:23 PM | POL5286 | Local Collections | $50.00 | 22325 | | $50.91 |
| 9/12/2004 10:06:46 PM | AMService | ITS Withdrawal | ($1.00) | ITS0912 | | $0.91 |
| 9/11/2004 11:41:48 AM | AMService | ITS Withdrawal | ($1.00) | ITS0911 | | $1.91 |
| 9/2/2004 5:55:26 PM | AMService | ITS Withdrawal | ($1.00) | ITS0902 | | $2.91 |
| 9/2/2004 5:21:44 PM | POL5412 | Sales | ($108.94) | 71 | | $3.91 |
| 9/2/2004 5:20:52 PM | POL5412 | Sales | ($21.60) | 70 | | $112.85 |
| 9/2/2004 10:13:34 AM | AMSERVICE | Western Union | $125.00 | 33313004 | | $134.45 |
| 9/2/2004 9:21:10 AM | POL1941 | FRP Quarterly Pymt | ($25.00) | IIS022 | | $9.45 |
| 9/2/2004 8:58:34 AM | POL1941 | Payroll - IPP | $2.52 | JV0166 | | $34.45 |
| 8/31/2004 10:53:47 PM | AMService | ITS Withdrawal | ($2.00) | ITS0831 | | $31.93 |
| 8/30/2004 9:39:18 PM | AMService | ITS Withdrawal | ($2.00) | ITS0830 | | $33.93 |
| 8/29/2004 5:14:47 PM | AMService | ITS Withdrawal | ($1.00) | ITS0829 | | $35.93 |
| 8/29/2004 6:56:19 AM | AMService | ITS Withdrawal | ($1.00) | ITS0829 | | $36.93 |
| 8/28/2004 5:09:29 PM | AMService | ITS Withdrawal | ($1.00) | ITS0828 | | $37.93 |
| 8/27/2004 9:43:01 PM | AMService | ITS Withdrawal | ($2.00) | ITS0827 | | $38.93 |
| 8/27/2004 2:16:12 PM | POL1941 | Local Collections | $40.00 | 20984 | | $40.93 |
| 8/18/2004 10:25:37 PM | AMService | ITS Withdrawal | ($1.00) | ITS0818 | | $0.93 |
| 8/16/2004 10:28:08 PM | AMService | ITS Withdrawal | ($1.00) | ITS0816 | | $1.93 |
| 8/16/2004 4:57:35 PM | AMService | ITS Withdrawal | ($1.00) | ITS0816 | | $2.93 |
| 8/15/2004 9:59:34 PM | AMService | ITS Withdrawal | ($1.00) | ITS0815 | | $3.93 |
| 8/12/2004 8:01:57 PM | AMService | ITS Withdrawal | ($1.00) | ITS0812 | | $4.93 |
| 8/10/2004 7:37:47 PM | AMService | ITS Withdrawal | ($1.00) | ITS0810 | | $5.93 |
| 8/9/2004 10:14:18 PM | AMService | ITS Withdrawal | ($3.00) | ITS0809 | | $6.93 |
| 8/7/2004 12:11:23 PM | AMService | ITS Withdrawal | ($1.00) | ITS0807 | | $9.93 |

1 2 3 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL ACTION

VERSUS                                  NUMBER: 00-39

BRIAN DUNCAN                            SECTION: B

**ORDER**

Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

☐ the motion is GRANTED; the party is entitled to proceed in forma pauperis.

☐ the motion is DENIED; the party has sufficient funds to pay the filing fee.

☒ the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons: _Frivolous appeal appeal grounds not taken in good faith - See Order's Reasons at Rec. Doc. 93._

New Orleans, Louisiana, this 1st day of Dec, 2004.

_____
UNITED STATES DISTRICT JUDGE