

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JAN - 3 2006
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
DEC 14 2005
CHARLES R. FULBRUGE III
CLERK

No. 04-30976
USDC No. 2:03-CV-2089-B
USDC No. 2:00-CR-39-ALL-B

UNITED STATES OF AMERICA,

                                  Plaintiff-Appellee,

versus

BRIAN DUNCAN,

                                  Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
--------------------

O R D E R:

    Brian Duncan, federal prisoner # 26625-034, is seeking a certificate of appealability (COA) to appeal the denial of his 28 U.S.C. § 2255 motion challenging his convictions for carjacking, possession of a firearm by a convicted felon, and using and carrying a firearm in relation to a crime of violence. Duncan argues that the Government did not have standing to prosecute him because it failed to show that it suffered any injury. He contends that the district court lacked jurisdiction over the case because there was no case or controversy. Duncan also argues that his counsel was ineffective in failing to require the Government to prove that the firearm involved in the offense

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

traveled in commerce or that Duncan had a prior felony conviction.

"Where a district court has rejected constitutional claims on the merits, . . . [t]he [movant] must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Duncan has failed to demonstrate that reasonable jurists would debate the correctness of the district court's denial of his 28 U.S.C. § 2255 motion.

Duncan's motion for COA is DENIED, and his motion to proceed in forma pauperis on appeal is DENIED as unnecessary.

JERRY E. SMITH
UNITED STATES CIRCUIT JUDGE

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____ Deputy
New Orleans, Louisiana    DEC 1 4 2005