U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JAN - 3 2006

LORETTA G. WHYTE
CLERK

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

December 14, 2005

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 04-30976 USA v. Duncan
    USDC No.  2:00-CR-39-ALL-B
              2:03-CV-2089-B

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 2 ) Volumes   ( 1 ) Envelope (SEALED)   ( 1 ) Box

        Sincerely,

        CHARLES R. FULBRUGE III, Clerk

    By: _____
        Nancy Dolly, Deputy Clerk
        504-310-7700

cc: w/encl:
    Mr Brian Duncan
    Mr William P Gibbens
    Mr Peter Michael Thomson

MDT-1

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____